

Paul J. Napoli, Partner
1302 Avenida Ponce de León
Santurce, Puerto Rico  00907-3982
Tel. (212) 397-1000
pnapoli@nsprlaw.com

May 17, 2023

*via* **Hand Delivery to the Clerk's Office**

The United States District Court for the District of Delaware
James Caleb Boggs Federal Building
Attn: The Honorable Richard Gibson Andrews
844 North King Street
Unit 9 – Room 6325
Wilmington, Delaware  19801-3555

Re:  *Cedar Lane Technologies Inc. v. Vantage Robotics, Inc.* (1:23-cv-00336-RGA)

Dear Judge Andrews,

    We write to notify you that Napoli Shkolnik LLC is not associated with this above-referenced matter.  David Walter deBruin, Esq. is no longer employed or associated with our firm, Napoli Shkolnik.  Mr. deBruin was employed with our firm between May 23, 2022 and April 14, 2023.  As reflected in the docket, the aforementioned case is being handled by:

    David Walter deBruin, Esq.
    1421 Old Wilmington Road
    Hockessin, DE  19707-9233
    Tel. (302) 898-3687
    Email: ddebruin55@gmail.com

If the Court has any questions, we will be happy to address them.

Sincerely,

Paul J. Napoli, Esq.

cc: All Counsel of Record on CM/ECF