# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEDAR LANE TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> VANTAGE ROBOTICS, INC., <br><br> Defendant. | CASE NO. 1:23-CV-00336-RGA <br> PATENT CASE <br> JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Cedar Lane Technologies Inc., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses **with prejudice** all claims by Plaintiff against Defendant Vantage Robotics, Inc. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: October 31, 2023

Respectfully submitted,

*/s/ David W. deBruin*
David W. deBruin (#4846)
1421 Old Wilmington Road
Hockessin, DE 19707
Tel. (302) 898-3687
ddebruin55@gmail.com

*Counsel for Plaintiff*
*Cedar Lane Technologies Inc.*

SO ORDERED this _____ day of _____ , 2023.

_____
UNITED STATES DISTRICT JUDGE